IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                               Case No.: 3:19cr68-MW/MAL

KIONDI JONES,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 120. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 120, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside, or correct sentence, ECF No. 105, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on September 9, 2024.**

                                                s/Mark E. Walker
                                                **Chief United States District Judge**